UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

COLBURN WICKER, II,

    Defendant.
_____/

Case: 1:25−cr−20827
Assigned To : Ludington, Thomas L.
Referral Judge: Morris, Patricia T.
Assign. Date : 11/4/2025
Description: INFO USA v. Wicker (tt)

Violations:
18 U.S.C. § 3146(a)(2)

# INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

## COUNT ONE
### Failure to Surrender for Service of Sentence
### (18 U.S.C. § 3146(a)(2))

On or about July 10, 2023, in the Eastern District of Michigan, the defendant, Colburn Wicker, II, having been released pursuant to chapter 207 of Title 18, United States Code, while awaiting surrender for service of sentence after conviction in the United States District Court of the Eastern District of Michigan for a violation of Title 18, United States Code, § 922(g)(1), a felony punishable by more than five years in prison as described in 18 U.S.C. § 3146(b)(A)(ii), in Case No. 22-cr-20238, entitled *United States of America v. Colburn Lamar Wicker, II*, and having been directed by the court to surrender to the United States Bureau of Prisons at the Federal Correctional Institution (FCI) - McKean, Pennsylvania, in the federal

Western District of Pennsylvania, knowingly and willfully failed to surrender for service of sentence as ordered by the court, in violation of 18 U.S.C. § 3146(a)(2).

Dated: November 4, 2025

                                              JEROME F. GORGON, JR.
                                              United States Attorney

/s/ Katharine Hemann                      /s/ Anthony P. Vance

KATHARINE HEMANN                      ANTHONY P. VANCE
Assistant United States Attorney          Assistant United States Attorney
101 First Street, Suite 200                    Chief, Branch Offices
Bay City, Michigan 48708-5747
Phone: (989)895-5712
Katharine.Hemann@usdoj.gov

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number<br>25-20827 |
|---|---|---|

**NOTE:** It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes  ☒ No | **AUSA's Initials:** KH |

**Case Title:** USA v. Colburn Wicker, II

**County where offense occurred:** Saginaw County

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

     ___Indictment/ ✓ Information --- **no** prior complaint.
     ___Indictment/___Information --- based upon prior complaint [**Case number:**            ]
     ___Indictment/___Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

November 4, 2025
Date

s/Katharine Hemann
Katharine Hemann, AUSA
101 First Street, Ste. 200
Bay City, MI 48708
Fax: 989-875-5790
Phone: 989-895-5712
E-Mail address: Katharine.Hemann@usdoj.gov
Attorney Bar #: WSBA # 46237

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.